# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRHIAN THOMAS

NO. 2023 KW 1224

**JANUARY 30, 2024**

---

In Re:     Brhian Thomas, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           570380.

---

**BEFORE:     McCLENDON, HESTER, AND WOLFE, JJ.**

**WRIT DENIED.**

                              PMc
                              CHH
                              EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT